IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ANNA FONTANA                                                          PLAINTIFF

        v.                           Civil No. 05-5109

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                               DEFENDANT

## **JUDGMENT**

Comes now the Court on this 1st day of August, 2006, in accordance with the Memorandum and Order filed in the above styled case on today's date, and hereby considers, orders and adjudges that the Commissioner's Motion to Remand is granted (Doc. #12). The decision of the Commissioner of Social Security is reversed and this matter is remanded to the Commissioner, pursuant to sentence four, *42 U.S.C. § 405(g)*.

Counsel is reminded that, in view of the United States Supreme Court decision, *Shalala v. Schaefer, 113 S.Ct. 2625, 125 L.Ed.2d 239 (1993)*, a petition for attorney's fees under the *Equal Access to Justice Act* must be filed within 30 days from the date this Judgment becomes final.

IT IS SO ORDERED.

                                                /s/Bobby E. Shepherd
                                                Honorable Bobby E. Shepherd
                                                United States Magistrate Judge