IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ANNA FONTANA                                                                    PLAINTIFF

        v.                        Civil No. 05-5109

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                        DEFENDANT

## **JUDGMENT**

On this 6th day of October, 2006, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Mima Kilgore Cazort, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees in the amount of $2,956.37 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                                                        /s/Bobby E. Shepherd
                                                                   Honorable Bobby E. Shepherd
                                                                   United States Magistrate Judge